

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00125-CV

**IN RE** Philip M. **ROSS**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: March 1, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On February 14, 2023, relator filed a petition for writ of mandamus containing a request for stay. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's request for stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020-CI-05671, styled *Commission for Lawyer Discipline v. Philip Martin Ross*, pending in the 224th Judicial District Court, Bexar County, Texas, the Stacey L. Mathews presiding.